UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF MISSISSIPPI

**FILED**

SEP 04 2008

DAVID CREWS, CLERK
By _Joanne Breitelsen_
Deputy

RONNIE HARRIS, Plaintiff

- v -

CASE NO. 1:08CV223-D-D

SHERIFF DOLPH BRYANT, Defendant

Emergency Jail Time Allotment Credits, For immediate Release.

## I.

COMES NOW, Petitioner Ronnie Harris, do hereby file this Complaint with this HONORABLE COURT. Motion of Entitlement "Emergency Jail Time Allotment Credits, For immediate Release. Petitioner, do state that his legal Name is Ronnie Harris, and that He, (Ronnie Harris) have not been convict of any other name. That His Doc# is 40603. That His mailing Address is Unit 29-C building B-Zone Bed #93, Parchman, Ms. 38738. That He's Confined in the Mississippi State Penitentiary

## II.

Petitioner Harris, do state that this complaint does not warrant through the Grievance Proceedures that Mississippi Department of corrections, or this Honorable Court Demands of Offenders who are under there Authority. This complaint Lies in the Form of receiving Jail time Credits that has not been credited to His Sentence of Burglary Case #10912 in The OKTIBBEHA County Court, sentencing Judge Earnest Brown.

## III.

Petitioner Harris, do state that He was Found guilty, (or Pleaded Guilty under a Plea bargain with the Court), on October 25, 1985. That when the Records Here At Rankin County Processed His Sentence, computing His Jail time. That He (Petitioner Harris) was only given Jail Time Credits From May 2, 1985 to October 25, 1985. But Petitioner Harris was First Arrested in St. Louis, MO. In February 1985. And was transferred to the OKTIBBEHA County Jail in February 1985. Petitioner Harris do state that He was Never released From OKTIBBEHA county Jail on Bond From February 1985 to May 1985. But the He was incarserated until He was sentenced October 25, 1985. (From February 1985 To October 1985).

## IV.

Petitioner Harris, do state that this is a common error through the Sheriff Dept. In OKTIBBEHA County. This error was Made Known to Petitioner Harris through His case worker Here at Parchman. Ms. Buckner 4/29-C caseworker stated that if I was Housed in the County Jail doing February 1985 to May 1985 those days Should have been credited to my sentence. This error was Noticed in February on or about the 16th 2008. Ms. Buckner, therefore, explained that I must mail a Jail Allotment form to the Sheriff in OKTIBBEHA County, (Sheriff Dolph Bryant). Upon obtaining this Jail Allot.

IV. cont.

Ment Form From Caseworker Buckner did Fill out said Form and mailed Sheriff Bryant this Jail Allotment Form, Along with A Letter explaining that this was in the matter of receiving my Jail Time According to the dates From February 1985 to May 1985. Petitioner Harris do State there have been No response From Sheriff Bryant verifying these dates to the records Dept. Petitioner Harris, thereFore Spoke with two of His Family members. Rev. Helen Harris, and Mrs. Diane Austin that they Should contact Sheriff Bryant concerning Sending Verification to the Records Dept. They were informed From Sheriff Bryant that He indeed had mailed Such Verification to the Records Dept. For the Mississippi Dept. oF Corrections. Petitioner Harris do hereby State that to His Knowledge Sheriff Bryant have Not mailed Such Verification oF those dates. SEE EX "A" + "B" + "C"

Petitioner Harris, do state that He Spoke with His Mother Rev. Helen Harris and asked Her to call the Records Dept and speak with Ms. Linda Durr. Rev. Harris, did indeed called Ms. Durr oFFice, but was unable to speak with Her. But She did Speak with Ms Durr Assistant who She asked to see iF Sheriff Bryant had mailed Any Such Verification to the Records Dept. Ms. Durr, Assistant informed Rev. Helen that there was No Such VeriFication, From Sheriff Bryant. (See Ex. "D" For the Last Attempt to have Sheriff Bryant Adhere to Petitioner Harris Request.)

V.

Therefore, Petitioner Harris do Ask this Honorable Court For it's help in this matter. To this date Petitioner Harris Flattime date has been computed to be October 29, 2008. The dates that Petitioner Harris is asking to be credited to the Sentence oF Burglary Case No# 90912 1985 From February 1985 to May 1985 are Credited His Flattime date would be August 2008 instead oF October 2008. Petitioner Harris do state that Under Miss. Code ANN 99-19-23 He is entitled to Receive said Jail credits. Petitioner Harris, do Ask this Honorable Court to issue an order declaring Sheriff Dorph Bryant to VertiFy said dates From February 1985 to May 1985 that He, (Petitioner Harris) was indeed Housed in the OKTBBEHA County Jail waiting to be Sentence. That iF said VertiFication meets this Honorable Courts requirements, That this Honorable Court would Issue Another order For the Miss. Dept. oF Corrections " Credit these Dates oF VertiFication to His Sentence, imar-

## V. Cont.

ediately. That if said orders are Not Followed by either Department that they be Held accountable for there actions. And to pay in the Form of $500.00 per day According to the Number of days He is held over his Flattime date with these Jail time credits asked For. And that Punitive Damages be granted as this Honorable court deems appropriated.

I do declare or certify or Verify or state under penalty or perjury that this complaint is true and correct to the best of my knowledge.

Respectfully Submitted,

Date: _____

_____
Mr. Ronnie Harris #44603
U/29-C Bldg. B-zone, Bed #93
Parchman, MS. 38738

Case: 1:08-cv-00223-GHD-JAD Doc #: 1 Filed: 09/04/08 5 of 7 PageID #: 5

Ex."A"

# Mississippi Department of Corrections
## Inmate Time Sheet

**Offender:** HARRIS, RONNIE 40603          **Housing:** MSP, UNIT 29, BLD C, ZONE B, BED 0093

**Computation Date:** 08/10/2006 11:10          **Date Printed:** 06/10/2008 14:01

## Sentences:

| DATE | CAUSE/COUNT | OFFENSE | COMMITTED | COUNTY | SERVE | HOUSE | PROBATION | HAB | DEFERRED | OVERRIDE | CONCURRENT | CONSECUTIVE |
|------|-------------|---------|-----------|--------|-------|-------|-----------|-----|----------|----------|------------|-------------|
| 10/25/85 | 10-912/1 | 2299:BURGLARY-GENERAL | 01/25/85 | Oktibbeha | 5Y | | | N | | | | |
| 05/16/86 | 9102/2 | 2500:FORGERY 1ST DEGREE | 01/15/85 | | 3Y | | | N | | | | 10-912/1 |
| 10/23/86 | 11,172/3 | 4901:ESCAPE-JAIL | 05/05/86 | Oktibbeha | 5Y | | | Y | | | 9102/2 | |
| 10/23/86 | 11,171/4 | 2202:BURGLARY-RESIDENTIAL | 05/05/86 | | 10Y | | | Y | | | 11,172/3 | |
| 10/23/86 | 11,206/5 | 1312:AGGRAV ASSLT-POL OFF-STGRAM- | 05/05/86 | Oktibbeha | 20Y | | | Y | | | | 9102/2 |

☐ First Time Offender

## Pre Trial/Pre Sentence Jail Time:

| FROM | TO | DAYS |
|------|-----|------|
| 05/02/85 | 10/25/85 | 176 |

Total Jail Time: 176        Override:

## Computation Details:

| DATE | DESCRIPTION |
|------|-------------|
| 10/25/85 | 10-912/1 2299:BURGLARY-GENERAL 5Y |
| 05/05/86 | Escape 05/05/86 |
| 05/06/86 | Return From Escape 05/05/86 to 05/06/86 : 1D |
| 05/16/86 | 9102/2 2500:FORGERY 1ST DEGREE 3Y CS to 10-912/1 |
| 08/13/86 | Met-Miscellaneous : 180D |
| 10/23/86 | 11,172/3 4901:ESCAPE-JAIL 5Y CC with 9102/2 |
| 10/23/86 | 11,171/4 2202:BURGLARY-RESIDENTIAL 10Y CC with 11,172/3 |
| 10/23/86 | 11,206/5 1312:AGGRAV ASSLT-POL OFF-STGRAM- 20Y CS to 9102/2 |

## Summary:

| Begin Date | House Arrest Date | Parole Date | Tent. ERS Date | Tentative Discharge | Max Discharge | End Date |
|------------|-------------------|-------------|----------------|---------------------|---------------|----------|
| 05/02/1985 | | | | | 04/27/2013 | |

Total Term To Serve: 28Y    Total Earned Time: 4Y    Earned Time Lost: 0D    Total MET Earned: 180D    Total Trusty Time Earned: 0D

## Comments:

Ex "D"

Ms. Buckner:

First Allow Me to say that I do Apolaize For intruding Upon Your busy Schedule But I do Need your Assistance with A Matter. I do pray that you can help Me concerning this. My Family called A Ms Linda Durr in Jackson to Find out iF SheriFF Bryant From the OKTIBBEHA County had Mailed A Jail Alottment Sheet with the correct dates From my Stay in His Jail. From Her Knowledge She have NoT received Any type Uertification From Him.

So I mailed Him A Letter two weeks Ago today (August 23, 2008) Asking Him to Respond either by Fax or the Mailing System confieming those dates that I had Mention to Him. These dates that I had Asked oF Him, is time that I spent in His County Jail Awaiting to go to Trial. My Question to you is. Is it possible For you to contact the Records Dept. AN Ask them iF He have Fax or mailed in A copy oF Jail Time dates FoFrom Febenary 1985 to May 1985. I Really Need to Know this inFormation As soon As possible. Because I've done All that I Know to do in this Matter. And iF He haven't, He's only Leaving me any other choice but to Ask the Couet to have him verify these days.

One other question And I'll Let you get back to your schedule. Is there Another Way that these dates can be Uertified other than by the sheriFF Dept.? IF there is would Let me Know what I must do. I do Thank You For your time & Patience in this matter. Expecting Your Respond. God Bless.

Respecthully

Lonnie Harris #46603
Sept 2, 2008

(Casemanager Buckner spoke with Sheriff Bryant and explain what dates I had requested From Him Sheriff Bryant inFormed Ms. Buckner to Resubmitt the Jail Alottment Request. Ms. Buckner did Fax Sheriff Bryant this Form Filled out Asking For the dates oF February 24, 1985 to May 1, 1985 be Verified by Him. This being the 2nd day oF September 2008).

Fax (662)324-2944

## CERTIFICATE OF SERVICE

This is to certify that I, the undersigned, have this date as reflected, below, caused to be mailed, via United States Postal Service, Postage, prepaid, by placing a true and correct copy of the Foregoing and Attached pleading and/or instrument in the United States mail Addressed to the following listed person(s):

Sheriff Dolph Bryant

III D.C. CONNER D

Starkville, Mississippi

      39760

Pro'se Law Clerk, U.S. District Court

P.O. Box 704

Aberdeen, Ms.

      39730

Done this the _____ day of _____, _____.

Ronnie Harris #40603, bed #93
Unit 29-C building, B-Zone
Parchman. Ms. 38738